# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTOINE WILLIAMS

NO. 2022 KW 1100

**DECEMBER 1, 2022**

---

In Re:    Antoine Williams, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 97243.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

JMG
EW

**Whipple, C.J.,** dissents and would remand for a contradictory hearing.

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

---

DEPUTY CLERK OF COURT
FOR THE COURT